United States District Court
For the Western District of Texas
San Antonio Division

| | | |
|---|---|---|
| Mary Reynolds and Robert Reynolds, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:19-cv-00609-JKP |
| PayPal, Inc. a/k/a PayPal Credit a/k/a PayPal Holdings, Inc., | § § § | |
| Defendant. | § § | |

## Order Granting
### Joint Stipulation for Binding Arbitration and Stay of Action

On this date, pursuant to the Parties' Joint Stipulation for Binding Arbitration and Stay of (Docket # 6) Action, this Court:

**ORDERS** the Parties to submit all disputes by and between them, currently pending in the above-styled and numbered cause, to binding arbitration before the American Arbitration Association. The Court further

**STAYS** any and all proceedings in the above-styled and numbered cause, pending the issuance of a Final Award in Arbitration. The Court further

**ORDERS**, within a reasonable time after a final award, if any, is granted or a settlement, if any, is reached, any party shall advise this Court of the outcome of the arbitration proceedings, or any settlement. The Court orders the case to be administratively closed pending arbitration.

SIGNED this 19th day of August, 2019.

_____
JUDGE PRESIDING